# United States District Court

# District of Massachusetts

Plaintiff's name : Pierre Michel Cadet

Defendant 's name : **Mr. Vincent...**

05 - 11790 PBS Dein

MAGISTRATE JUDGE

1. I Pierre Michel Cadet is the plaintiff. I am a Haitian student at Medford High school. I am living on 50 Bower street, APT 1, Medford MA 02155.

2. The defendant Mr. Vincent... . is a Haitian interpreter or translater at Medford high school. He is a resident of ... MA and a citizen of Haiti

3-

# Facts

① On day, on July 2003, in a summer MCas Course, while I was walking in the Hallway from the class where Mr. Raoul Bonbon was teaching us MCas Mathematics, I heard some feet is voice were walking behind me. I turned my head around to can see who is this. As soon as I turned my head I saw Mr. Vincent . . . and he told me every body here already knows what you are. You do not need to look at the back. Do what you are going to do, Zinglindoo. If you keep watching people to steal, one day they will keep you. You would steal in Haiti, now you move to the united states, you keep stealing and robbing. All bad things seem to you Cadet, and you have many bad names. You are massissi, stealer, robber, and Zinglindoo. You are all bad things. So, because of those things he told me, I am going in Court with him too. Mr. Vincent will have to come on the same day of the judgment with Mr. Raoul and Gislaine Bonbon to answer some questions about those things.

At the end, he told me, among all those names by which one of them would you like me to call you the most Cadet, robber, massissi, stealer, or Zinglindoo?



SECURITY

Ardel Callendar
Security Officer

William Fargo
Security Officer

Dawn Foley
Security Officer

Bill Mazaka
Security Officer

Jim Walker
Security Officer

Before the day of the judgment, I would like the judge send a letter
to each of the security officer above because all of them used to
follow me from my class, from my locker to the cafeteria or to the
Gym. They will have to come to answer some question about the
reason Gislaine Bonbon used to call them each time when I went
to change my schedule to comp to keep me there. For Gislaine I did not
have any idea to change schedule but I was looking for stealing. That is what
she made all the submaster, the Head master, all the students, teacher,
all the security officer, and Miss Black Burn the Multi-cultural ESL
Director. Miss Black Burn was in charge to change our schedule. She was
retired since last year 2004. Her office was next to Gislaine office. I
used to walk in from of Gislaine office to go to her office. She is a short
woman. It was her who made Raoul and Gislaine found that job. She is
a protective for them. That is one of the reason Raoul Bonbon was so
arrogant. On september 2004 they replaced her by another woman name
Katherine Lopez-Natale.

**Here how I would like you to send letter to each of those students of the following:**

Wilguens Clairsainvil, Claudel Chevry, Philvie Daniel, Fabiola Jean, and Charlenes Saintilus

**Examples:**
United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210



To the Parents Guardian of:
Wilguens Clairsainvil
Medford High School
489 Winthrop Street
Medford, MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

To the parents Guardian of:
Claudel Chevry
Medford High School
489 Winthrop Street
Medford, MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

To the parents guardian of:
Philvie Daniel
Medford High School
489 Winthrop Street
Medford, MA 02155

---

United States District Court
………………………………
………………………………
………………………………

To the parents guardian of:
………………………………
………………………………
………………………………

**Here how I would like you to send letter to each of those students of the following:**

Wilguens Clairsainvil, Claudel Chevry, Philvie Daniel, Fabiola Jean, and Charlenes Saintilus

**Examples:**
United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the Parents Guardian of:
> Wilguens Clairsainvil
> Medford High School
> 489 Winthrop Street
> Medford, MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the parents Guardian of:
> Claudel Chevry
> Medford High School
> 489 Winthrop Street
> Medford. MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the parents guardian of:
> Philvie Daniel
> Medford High School
> 489 Winthrop Street
> Medford, MA 02155

---

United States District Court
……………………………
……………………………
……………………………

> To the parents guardian of:
> ……………………………
> ……………………………
> ……………………………

Here all the subjects Raoul bonbon used to teach me from
       September 2002 to May 2005

       From September 2002 to Jun 2003

       Algebra I
       America's story
       Support, he changed it in a language course and he used
to show us how to do essay in it in Creole

       From September 2003 to Jun 2004

       Geometry
       Support

       Since on Jun 2003, the bilingual program was over, he
should not teach in Creole, but he keep teaching in both
language, Creole and English

       From September 2004 to May 2005

       Algebra II only

# Medford High School

Cadet, Pierre Miche
Carmelie Conde
36 Boker Street
Medford, MA 02155

C303 2005 Lombardo, L. 198212250

DATE: 07/05/05

| Course Description / Teacher | | Q1 | Q2 | Q3 | Q4 | FV | Credits | Comments |
|---|---|---|---|---|---|---|---|---|
| Physics1 Std w/LAB | 345-03 | YR | | | | | 0.000 | |
| Brandi, P | | | | | | | | |
| French II Std 9-12 | 421-01 | YR | C | D+ | E- | C- | | 5.000 | Has ability to do better |
| Gilchrist, S | | | | | | | | |
| Ell Adv 1per E-L | 4.35-0: | YR | D | C- | F | E- | | 5.000 | Poor homework record |
| Guarino, D | | | | | | | | |
| A. Gebra II SEI | 481-01 | YR | C+ | E- | C- | C- | | 5.000 | Poor Effort |
| Bonbon, R | | | | | | | | |
| Earth Sci SEI | 487-01 | YR | D | D | B | D+ | C | 5.000 | Easily distracted / Inattentive during class |
| Clough, A | | | | | | | | |
| MCAS ENG ELL | 493A-02 | YR | C- | D | C- | D | D | 2.000 | Has not done all assignments / Effort needs improvement |
| McDaniels, S | | | | | | | | |
| Compul Novice 2xC | 560-01 | YR | C | B | B | C | C+ | 2.000 | Poor homework record |
| Borkowski, G | | | | | | | | |
| Guidance 12 1xc | 694-06 | YR | S | S | S | S | | 1.000 | Asks relevant questions |
| Lombardo, L | | | | | | | | |
| Compart I 4xC 9-12 | 702-05 | YR | C+ | C | C+ | C+ | C+ | 4.000 | A pleasure to have in class |
| Van Axen, C | | | | | | | | |
| PE 2xC B | 910-03 | YR | A- | A | A- | A- | A- | 2.000 | Personable and courteous |
| Coughlin, J | | | | | | | | |
| PE 2xC B | 910-28 | YR | B | B | E | B+ | C+ | 2.000 | |
| Galusi, M | | | | | | | | |

| DAYS | Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| ABSENT | 6.0 | 2.0 | 1.0 | 6.0 | 15.00 |
| TARDY | 7 | 6 | 3 | 1 | 17 |
| DISMISSED | 0 | 0 | 0 | 0 | 0 |

CLASS RANK:228/293

CAREER CREDITS: 99.000

Class rank, which is noted to the lower left, is an approximation. For more information, please contact your guidance counselor next fall. Counselors will notify students about corrections with regard to the other data on this form.

05 - 11790 PBS

**Please,** at this to my first complaint. It is about a Haitian Interpreter at Medford High. He is working in the Multi-Cultural/ESL Department. His name is Mr. Vincent…He will have to come on the same day of the judgment with Mr. Raoul And Mrs. Gislaine Bonbon. I forget his last name. That is why I do not give it to you.

    You can write him on Medford high school address: 489 Winthrop Street
            Medford MA 02155

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

05 - 11790 PBS

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☒ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☒ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☒ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   Prison  jail

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE