UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PIERRE MICHAEL CADET,
              Plaintiff,

    v.                           Civil Action No.  05-11790-PBS

MR. VINCENT ("LNU")[1],
              Defendant

### ORDER FOR DISMISSAL

SARIS, D.J.

    In accordance with the Memorandum and Order dated September 6, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED the above captioned matter is dismissed in its entirety.  This action shall be administratively closed on the Court's docket.

                                                         By the Court,

                                                         /s/ Robert Alba
                                                          Deputy Clerk
DATED: September 8, 2005

---

[1] Last name is unknown ("LNU").